2010 DEC 21 PM 2: 20

DISTRICT OF UTAH

J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
Lincoln Square
384 East 720 South, #201
Orem, UT 84058
(801) 426-4700

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

\* \* \* \* \* \* \* \*

| | |
|---|---|
| IN RE ) | Case No. 09-30626 WTT |
| ) | Chapter 7 |
| JEFFERY LYNN THOMPSON ) | |
| ANGELA DAWN THOMPSON ) | NOTICE OF PAYMENT OF |
| Debtor (s) ) | FUNDS INTO THE REGISTRY |

\* \* \* \* \* \* \* \*

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On Decmeber 15, 2010, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The Trustee's proposed distribution contained four (4) claims which were under $5.00.

3. The funds are on deposit with Bank of America, Account No. 4437798716.



4. The Trustee hereby notifies the Court of the payment of the following claim to the registry:

|  |  |
|---|---|
| Claim No.: | 5 |
| Claimant: | Mountain Land Collections<br>PO Box 1280<br>American Fork, UT 84003 |
| Claim Amount: | $119.00 |
| Distribution: | $2.75 |
| Claim No.: | 8 |
| Claimant: | Valley OBGYN<br>Dr. Terry Melendez, M.D.<br>120 N. 1220 E., Suite #7<br>American Fork, UT 84003 |
| Claim Amount: | $139.35 |
| Distribution: | $3.22 |
| Claim No.: | 13 |
| Claimant: | Utah Neurological Clinic<br>1055 North 300 West, #400<br>Provo, UT 84604 |
| Claim Amount: | $119.00 |
| Distribution: | $2.75 |
| Claim No.: | 14 |
| Claimant: | Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702 |
| Claim Amount: | $106.11 |
| Distribution: | $2.46 |

5. A check in the amount of $11.18 representing the foregoing claims has been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and is enclosed herein.

DATED: 12-16-10

J. Kevin Bird, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I am a member or employee of the law firm of BIRD & FUGAL and in that capacity I served, or caused to be served, a true and correct copy of the Notice of Payment of Funds into the Registry on the following, by depositing the same in the U.S. Mail, postage prepaid, on the 20th day of December, 2010:

MOUNTAIN LAND COLLECTIONS
PO BOX 1280
AMERICAN FORK, UT 84003

VALLEY OBGYN
DR. TERRY MELENDEZ, M.D.
120 N. 1220 E., SUITE #7
AMERICAN FORK, UT 84003

UTAH NEUROLOGICAL CLINIC
1055 NORTH 300 WEST, #400
PROVO, UT 84604

VERIZON WIRELESS
PO BOX 3397
BLOOMINGTON, IL 61702

*/s/ Melanie Valdellama*